Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Martha Judd*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Martha Judd,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Unum Life Insurance Company of America, Summit Healthcare Association, Summit Healthcare Association Disability Plan, Summit Healthcare Association Life Insurance Plan,<br><br>　　　　Defendants. | Case No.  3:14-cv-08203-NVW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　Pursuant to FRCP Rule 41(a)(1)(A), Plaintiff hereby dismisses with prejudice this cause of action against Defendants Unum Life Insurance Company of America, Summit Healthcare Association, Summit Healthcare Association Disability Plan and the Summit Healthcare Association Life Insurance Plan.

　　　Neither an Answer nor a Motion for Summary Judgment have been filed in this matter.

-2-

1   DATED this 23rd day of February, 2015.

2           SCOTT E. DAVIS. P.C.

3
    By:     */s/ Scott E. Davis*
4           Scott E. Davis
            Attorney for Plaintiff

-2-